No. 43836.—Protests 889466–G, etc., of L. A. Solomon & Bros. et al. (Portland, Oreg., etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 3, 1940

No. 43837.—Protest 958366–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was agreed that certain items of the merchandise are not chiefly used for the amusement of children but are capable of having musical selections played thereon. The claim at 40 percent under paragraph 1541 was therefore sustained as to those items.

No. 43838.—Protest 971417–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of so-called cigarette whistles in part of bamboo, similar to those involved in Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 43839.—Protest 963638–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the puzzles in question are the same as those involved in Abstract 25607. The claim at 35 percent under paragraph 1413 was therefore sustained.

No. 43840.—Protest 795204–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) squawker balloons at 45 percent under paragraph 409, Abstract 40493 followed; (2) opera glasses similar to those the subject of Woolworth v. United States (2 Cust. Ct. 1, C. D. 74) at 35 or 45 percent under paragraph 228 (b); and (3) siren whistles and horns similar to those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397.

No. 43841.—Protest 702910–G of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) uninflated rubber balls at 30 per cent under paragraph 1502, United States v. Woolworth (24 C. C. P. A. 338, T. D. 48770) followed; (2) squawker balloons or noisemakers in part of bamboo at 45 percent under paragraph 409, Abstract 40493 followed; and (3) articles in chief value of rubber similar to those the subject of Abstract 25607 at 25 percent under paragraph 1537 (b).